## CHISM v. WILKERSON.

FISH, C. J. Under the ruling in *Ratteree* v. *Morrow*, 71 *Ga.* 528, where a protest is filed to the return of processioners by the party notified, and on the trial evidence is introduced on both sides, the applicant for the proceedings is entitled to open and conclude the argument; and this is true although he may introduce in evidence the entire proceedings duly returned, and thus make out a prima facie case.

*Judgment affirmed. All the Justices concur.*

JUNE 22, 1910.

Processioning.      Before Judge Mitchell.      Berrien superior court. · May 27, 1909.

*Alexander & Gary,* for plaintiff in error.

*Denmark & Griffin,* contra.